**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BILLY J. DAVIDSON**
**ADC #651008** **PLAINTIFF**

v. Case No. 4:14-cv-00752-KGB

**W. BROWN, et al.** **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition issued by Magistrate Judge Beth Deere (Dkt. No. 4). After careful review of the Recommended Disposition and plaintiff Billy J. Davidson's timely objections (Dkt. No. 5), as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, the Court dismisses with prejudice Mr. Davidson's claims against parole board member W. Brown and parole officer Ms. Dorn, and the Court dismisses without prejudice Mr. Brown's claims against Muscle White, Assistant Warden of the Malvern Unit of the Arkansas Department of Correction. Further, the Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

The Court denies as moot Mr. Davidson's a motion for temporary injunction (Dkt. No. 6), motion to set trial date (Dkt. No. 7), and motion to appoint counsel (Dkt. No. 8). In these motions, Mr. Davidson claims defendants attempted to transfer him to a different facility and that he is being denied access to the law library. These issues are unrelated to Mr. Davidson's underlying claims in this case regarding his January 28, 2014, parole hearing. If Mr. Davidson wishes to pursue these issues, he may do so in a separate action.

SO ORDERED this 1st day of September, 2015.

                                     _____
                                     KRISTINE G. BAKER
                                     UNITED STATES DISTRICT JUDGE