**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BILLY J. DAVIDSON
ADC #651008**                                                                                    **PLAINTIFF**

**v.**                                    **Case No. 4:14-cv-00752-KGB**

**W. BROWN, et al.**                                                                      **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed.  This dismissal is with prejudice as to plaintiff Billy J. Davidson's claims against defendants W. Brown and Ms. Dorn and without prejudice as to Mr. Davidson's claims against Muscle White.

SO ADJUDGED this 1st day of September, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE